IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **Jumah Ali-Thomas Moore,** | C-06-2105 |
| Plaintiff, | **[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF THOMAS E. MOORE, CDCR No. D-62389** |
| v. | |
| **M. Thomas, et al.,** | |
| Defendants. | |

Plaintiff, **THOMAS E. MOORE, CDCR No. D-62389**, a necessary and material witness in proceedings in this case **beginning on September 22, 2009, at 9:00 a.m.**, is confined at Pelican Bay State Prison in the custody of the Warden. In order to secure this inmate's attendance at the settlement conference scheduled for September 22, 2009 at California State Prison, Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of **THOMAS E. MOORE, CDCR No. D-62389**, to produce said inmate at **California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95687, the Honorable Nandor Vadas presiding, beginning on September 22, 2009 at 9:00 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of Pelican Bay State Prison and the California Department of

1  Corrections and Rehabilitation to produce inmate **THOMAS E. MOORE, CDCR No. D-62389**,
2  for a settlement conference at California State Prison, Solano, at the time and place above, until
3  completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to
4  Pelican Bay State Prison.

5  2.  The custodian is ordered to notify the Court of any change in custody of this inmate
6  and is ordered to provide the new custodian with a copy of this writ.

7  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

8  To: The Warden of Pelican Bay State Prison,

9  **YOU ARE COMMANDED** to produce inmate **THOMAS E. MOORE, CDCR No.**
10 **D-62389**, for a settlement conference at California State Prison, Solano at the time and place
11 above, until completion of the proceedings or as ordered by the Court, and thereafter to return
12 the inmate to Pelican Bay State Prison.

13 **FURTHER**, you have been ordered to notify the Court of any change in custody of this
14 inmate and to provide the new custodian with a copy of this writ.

15 **IT IS SO ORDERED.**

17 Dated: 9/9/09

    The Honorable Nandor J. Vadas
    United States Magistrate Judge

*IT IS SO ORDERED — Judge Nandor J. Vadas* (seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)

[Proposed] Order & Writ of Habeas Corpus Ad Testificandum to Transport Inmate    *Moore v. M. Thomas, et al.*
                                                                                  C-06-2105
2