IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUMAH ALI-THOMAS MOORE,<br><br>Plaintiff,<br><br>v.<br><br>M. THOMAS, et al.,<br><br>Defendants.<br>_____ / | No. C 06-2105 SBA (PR)<br><br>**ORDER APPOINTING COUNSEL FOR PLAINTIFF AND GRANTING IN PART DEFENDANTS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>(Docket no. 124) |

The Court having determined that it would be beneficial to have counsel assist Plaintiff in this matter and volunteer counsel willing to be appointed to represent Plaintiff having been located by the Court,

IT IS HEREBY ORDERED THAT **MARK V. HOOGLAND, Esq. (SBN 244559) and ROBERT B. HAWK, Esq. (SBN 118054) of Hogan & Hartson LLP,** are appointed as counsel for Plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. The stay of this action shall continue for another **two (2) weeks** from the date of this Order.

The Clerk of the Court shall send a copy of this Order to Defendants' counsel, Plaintiff, and Plaintiff's counsel of record, Mr. Hoogland, at Hogan & Hartson LLP, 4 Embarcadero Center, 22nd Floor, San Francisco, California 94111.

IT IS FURTHER ORDERED THAT Defendants' request to continue the case management conference (docket no. 124) is GRANTED IN PART. The case management conference continued to **Thursday, December 9, 2009 at 2:30 p.m.** and will proceed telephonically. Plaintiff's counsel shall be responsible for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

The parties must submit a joint Case Management Conference Statement no later than **ten (10) days** prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. The parties must also indicate what discovery remains to be done, the amount of time needed for discovery, whether

any further motions will be filed, and when they will be ready for trial.

This Order terminates Docket no. 124.

IT IS SO ORDERED.

DATED: 11/18/09

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.06\Moore2105.ApptAtty&grantEOT4CMC.wpd