UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUMAH ALI-THOMAS MOORE,

    Plaintiff,

  v.

M THOMAS et al,

    Defendant.

Case Number: CV06-02105 SBA(PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Moore
D-62389
California Medical Facility-Vacaville
P.O. Box 2000
Vacaville, CA 95676

Mark Vrooman Hoogland
Hogan & Hartson LLP
4 Embarcadero Center
22nd Floor
San Francisco, CA 94111

Dated: November 24, 2009

    Richard W. Wieking, Clerk
    By: Jessie Mosley, Deputy Clerk